

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00075-CR

CLYT GLENN WHITE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 276th District Court
Marion County, Texas
Trial Court No. F15264

Before Morriss, C.J., Stevens and van Cleef, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Clyt Glenn White entered an open plea of guilty to unlawful possession of a firearm by a felon, the trial court accepted his plea and found him guilty, and after a trial on punishment, the trial court sentenced him to eight years' confinement. White appeals.

White's appellate counsel filed a brief that outlined the procedural history of the case, provided a summary of the evidence elicited during the trial court proceedings, and stated that counsel found no meritorious issues to raise on appeal. Since counsel has provided a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced, the requirements of *Anders v. California* have been met. *See Anders v. California*, 386 U.S. 738, 743–44 (1967); *In re Schulman*, 252 S.W.3d 403, 406 (Tex. Crim. App. 2008) (orig. proceeding); *Stafford v. State*, 813 S.W.2d 503, 509–10 (Tex. Crim. App. 1991); *High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978).

White's counsel filed a motion with this Court seeking to withdraw as counsel in this appeal and provided White with a copy of the brief and the motion to withdraw. His counsel also informed White of his right to review the record and to file a pro se response and provided White with a copy of the appellate record. By letter dated April 5, 2022, we notified White that his pro se response was due on May 5, 2022. By letter dated May 17, 2022, we notified White that the case would be submitted on briefs on June 7, 2022. White did not file a pro se response.

We have reviewed the entire appellate record and have independently determined that no reversible error exists. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). We affirm the judgment of the trial court.[1]

                                                    Josh R. Morriss III
                                                    Chief Justice

Date Submitted:     June 7, 2022
Date Decided:       June 8, 2022

Do Not Publish

---

[1]Since we agree that this case presents no reversible error, we also, in accordance with Anders, grant counsel's request to withdraw from further representation of appellant in this case. *See Anders*, 386 U.S. at 744. No substitute counsel will be appointed. Should appellant desire to seek further review of this case by the Texas Court of Criminal Appeals, appellant must either retain an attorney to file a petition for discretionary review or file a pro se petition for discretionary review. Any petition for discretionary review (1) must be filed within thirty days from either the date of this opinion or the date on which the last timely motion for rehearing was overruled by this Court, *see* TEX. R. APP. P. 68.2, (2) must be filed with the clerk of the Texas Court of Criminal Appeals, *see* TEX. R. APP. P. 68.3, and (3) should comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure, *see* TEX. R. APP. P. 68.4.